UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROAD-BUSSEL FAMILY LIMITED
PARTNERSHIP and CAROLINE B. GLASS,
Individually and on Behalf of All Other
Persons and Entities Similarly Situated,

    Plaintiffs,

v.

HENNESSEE GROUP LLC,
ELIZABETH LEE HENNESSEE, and
CHARLES J. GRADANTE,

    Defendants.

Case No. 07-CV-2026

Rule 7.1 Statement

---

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Broad-Bussel Family Limited Partnership (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of Broad-Bussel Family Limited Partnership which are publicly held.

Date: March 8, 2007

_____
Merrill G. Davidoff

Attorney Bar Code: 239295