UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROAD-BUSSEL FAMILY LIMITED
PARTNERSHIP and CAROLINE B. GLASS,
Individually and on Behalf of All Other
Persons and Entities Similarly Situated,

:
:
:
:
:   CIVIL ACTION NO. 07-CV-2026

Plaintiffs,

vs.   :   CLASS ACTION

HENNESSEE GROUP LLC,
ELIZABETH LEE HENNESSEE, and
CHARLES J. GRADANTE,   :   JURY TRIAL DEMANDED

Defendants.

---

## PLAINTIFFS' MOTION TO CONSOLIDATE

Plaintiffs Broad-Bussel Family Limited Partnership ("Broad-Bussel") and Caroline B. Glass ("Glass") (collectively, the "Plaintiffs"), individually and on behalf of all other persons and entities similarly situated (the "Class"), respectfully move under Fed. R. Civ. P. 42(a) and Southern District of New York Local Rule 15(a) to consolidate this action with a related case pending in this Court, Broad-Bussel Family Limited Partnership, et al. v. Bayou Group LLC, et al., 06 CV 3026 (CM) (S.D.N.Y.) (McMahon, J.) ("*Broad-Bussel I*"). *Broad-Bussel I* is pending before this Court as part of the multidistrict proceedings In Re Bayou Hedge Fund Investment Litigation, 06 MDL 1755 (CM) (S.D.N.Y.) (McMahon, J.).

In support of their Motion to Consolidate, Plaintiffs submit their accompanying Memorandum of Law, the complaint in this action, and the amended complaint filed and pending in *Broad-Bussel I*.

Dated: March __1__, 2007                                Respectfully Submitted,
       New York, NY

Of Counsel:

KOSKOFF, KOSKOFF & BIEDER, P.C.                         BERGER & MONTAGUE, P.C.
William M. Bloss, Esq.
Neal A. DeYoung, Esq.
350 Fairfield Avenue
Bridgeport, CT 06604                                    _____
Telephone: (203) 336-4421                               Merrill G. Davidoff, Esq.
Fax: (203) 368-3244                                     Lawrence J. Lederer, Esq.
                                                   Lane L. Vines, Esq.
                                                   1622 Locust Street
                                                   Philadelphia, PA 19103
                                                   Telephone: (215) 875-3000
                                                   Fax: (215) 875-4604

                                                   Attorneys for Plaintiffs and the Class

413553_01.wpd

## CERTIFICATE OF SERVICE

I certify that I caused a copy of Plaintiffs' Motion to Consolidate and Memorandum of Law in Support thereof to be served on counsel for defendants Hennessee Group LLC, Elizabeth Lee Hennessee, and Charles J. Gradante in the manner indicated below:

<u>Via First-Class Mail</u>

Lawrence E. Fenster, Esq.
Matthew C. Plant, Esq.
**Bressler, Amery & Ross, P.C.**
17 States Street, 34th Floor
New York, NY 10004

Dated: March 2, 2007

_____
Lane L. Vines