UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | : | 06 MD 1755 (CM) |
| ------------------------------------------------------------ X | : | |
| THIS DOCUMENT RELATES TO: | : | |
| ------------------------------------------------------------ X | : | |
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP and CAROLINE B. GLASS Individually and on Behalf of All Other Persons and Entities Similarly Situated, | : | No. 07-cv-02026 (CM) |
| Plaintiffs, | : | |
| vs. | : | |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE, AND CHARLES J. GRADANTE | : | RULE 7.1  STATEMENT |
| Defendants. | : | |

_____

Defendant Hennessee Group LLC, by its attorneys, Bressler, Amery & Ross, P.C. states, pursuant to Federal Rule of Civil Procedure 7.1, that it has no parent corporation and no publicly held corporation that owns ten percent or more of its stock.

Dated: April 10, 2007  
New York, New York

**BRESSLER, AMERY & ROSS, P.C.**

By: _____/S/_____  
Lawrence E. Fenster (LF 9378)  
Matthew C. Plant (MP 0328)  
17 State Street, 34th Floor  
New York, NY 10004  
Tel: 212-425-9300  
Fax: 212-425-9337  
Attorneys for Defendant  
Hennessee Group LLC

845072_1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2007, a copy of the *Rule 7.1 Statement* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                                             /s/
                                                  Matthew C. Plant (MP 0328)