UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

BROAD-BUSSEL FAMILY LIMITED : 
PARTNERSHIP and CAROLINE B. GLASS, :
Individually and on Behalf of All Other :
Persons and Entities Similarly Situated, :
: CIVIL ACTION NO. 07-CV-2026
Plaintiffs, :
:
vs. : CLASS ACTION
:
HENNESSEE GROUP LLC, :
ELIZABETH LEE HENNESSEE, and :
CHARLES J. GRADANTE, : JURY TRIAL DEMANDED
:
Defendants. :

## PLAINTIFFS' MOTION TO CONSOLIDATE

Plaintiffs Broad-Bussel Family Limited Partnership ("Broad-Bussel") and Caroline B. Glass ("Glass") (collectively, the "Plaintiffs"), individually and on behalf of all other persons and entities similarly situated (the "Class"), respectfully move under Fed. R. Civ. P. 42(a) and Southern District of New York Local Rule 15(a) to consolidate this action with a related case pending in this Court, Broad-Bussel Family Limited Partnership, et al. v. Bayou Group LLC, et al., 06 CV 3026 (CM) (S.D.N.Y.) (McMahon, J.) ("*Broad-Bussel I*"). *Broad-Bussel I* is pending before this Court as part of the multidistrict proceedings In Re Bayou Hedge Fund Investment Litigation, 06 MDL 1755 (CM) (S.D.N.Y.) (McMahon, J.).

In support of their Motion to Consolidate, Plaintiffs submit their accompanying Memorandum of Law, the complaint in this action, and the amended complaint filed and pending in *Broad-Bussel I*.

5/14/2007
Motion granted
[signature] Colleen McMahon

MEMO

Dated: March  1 , 2007
        New York, NY

Of Counsel:

KOSKOFF, KOSKOFF & BIEDER, P.C.
William M. Bloss, Esq.
Neal A. DeYoung, Esq.
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
Fax: (203) 368-3244

Respectfully Submitted,

BERGER & MONTAGUE, P.C.

_____
Merrill G. Davidoff, Esq.
Lawrence J. Lederer, Esq.
Lane L. Vines, Esq.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604

Attorneys for Plaintiffs and the Class

413553_01.wpd

## CERTIFICATE OF SERVICE

I certify that I caused a copy of Plaintiffs' Motion to Consolidate and Memorandum of Law in Support thereof to be served on counsel for defendants Hennessee Group LLC, Elizabeth Lee Hennessee, and Charles J. Gradante in the manner indicated below:

<u>Via First-Class Mail</u>

Lawrence E. Fenster, Esq.
Matthew C. Plant, Esq.
**Bressler, Amery & Ross, P.C.**
17 States Street, 34th Floor
New York, NY 10004

Dated: March 2, 2007

_____
Lane L. Vines