# EXHIBIT  H

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Bayou Superfund, LLC | Case Number<br>06-22307 | USBCSOUTHERN DISTRICT OF NY<br>BAYOU GROUP LLCCASE #06-22306<br>CLAIM NO. 789 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Broad-Bussel Family Limited Partnership | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>c/o Berger & Montague, P.C.<br>Attn:  Merrill G. Davidoff<br>1622 Locust Street, Philadelphia, PA  19103<br><br>Telephone number:  215-875-3000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | <br><br>This space is for Court Use Only |

| Last four digits of account or other number by which creditor identifies debtor: 0709 (See Addendum) | Check here ☐ replaces<br>if this claim ☐ amends    a previously filed claim, dated: _____ |
|---|---|

| 1. Basis for Claim<br>☐  Goods sold<br>☐  Services performed<br>☐  Money loaned<br>☐  Personal injury/wrongful death<br>☐  Taxes<br>☑  Other  See Addendum | ☐  Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐  Wages, salaries, and compensation (Fill out below)<br><br>Last four digits of your SS#: _____<br>Unpaid compensation for services performed<br><br>from _____ to _____<br>    (date)      (date) |
|---|---|

| 2. Date debt was incurred:    January 5, 2004 | 3. If court judgment, date obtained: |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.    (See Addendum)

**Unsecured Nonpriority Claim** $ 1,250,000-plus
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle    ☐ Other_____

Value of Collateral:    $_____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
Amount entitled to priority $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5. Total Amount of Claim at Time Case Filed:    $ 1,250,000-plus<br>                             (unsecured)       (secured)       (priority)       (Total)<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.  (See Addendum) |
|---|

| 6. Credits:  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>8. Date-Stamped Copy:  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space Is for Court Use Only<br><br>789 |
|---|---|

| Date<br>1/11/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):    Daniel J Bussel<br>Sec'y, Broad-Bussel Enterprises,Inc.(G.P. of Broad-Bussel Family L.P.) | 1/16/07 |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Bayou Accredited Fund, LLC | Case Number<br>06-22310 |
|---|---|

USBC SOUTHERN DISTRICT OF NY
BAYOU GROUP, LLC CASE #06-22306
CLAIM NO: 718

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Caroline B. Glass | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent:<br><br>c/o Berger & Montague, P.C.<br>Attn:  Merrill G. Davidoff<br>1622 Locust Street, Philadelphia, PA   19103<br><br>Telephone number:  215-875-3000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☑ Check box if the address differs from the address on the envelope sent to you by the court.<br><br>*This space is for Court Use Only* |

| Last four digits of account or other number by which creditor identifies debtor:  1879 (See Addendum) | Check here<br>if this claim  ☐ replaces<br>☐ amends    a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other  See Addendum

- ☐ Retiree benefits as defined in 11 U.S.C.  § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  - Last four digits of your SS#: _____
  - Unpaid compensation for services performed
  - from _____ to _____
  - (date)            (date)

| **2. Date debt was incurred:**    January 15, 2003 | **3. If court judgment, date obtained:** |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.    **(See Addendum)**

**Unsecured Nonpriority Claim** $ 1,140,000-plus
- ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).
  - Brief Description of Collateral:
  - ☐ Real Estate    ☐ Motor Vehicle    ☐ Other_____
  - Value of Collateral:  $ _____

**Unsecured Priority Claim.**
- ☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
  - Amount entitled to priority  $ _____

- Amount of arrearage and other charges *at time case filed* included in secured claim, if any $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:**    $  1,140,000-plus
| (unsecured) | (secured) | (priority) | (Total) |

- ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.    **(See Addendum)**

**6. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages,  security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:**  To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is for Court Use Only

718

2007 JAN 16  A 11: 29
S.D. OF N.Y.

FILED
U.S. BANKRUPTCY COURT

| Date<br>1/11/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)  *[signature]* | 1/16/07  *[initials]* |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Bayou Accredited Fund, LLC | Case Number<br>06-22310 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Marie-Louise Michelsohn | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent:<br>c/o Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Avenue<br>Bridgeport, CT 06611<br><br>Telephone number: 203-336-4421 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

USBC SOUTHERN DISTRICT OF NY
BAYOU GROUP, LLC CASE #06-22306
CLAIM NO. 931

This space is for Court Use Only

| Last four digits of account or other number by which creditor identifies debtor: | Check here<br>if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other **See Addendum**

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  - Last four digits of your SS#: _____
  - Unpaid compensation for services performed
  - from _____ to _____
  - (date)      (date)

**2. Date debt was incurred:** February 1, 2004

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 1,480,000 (See Addendum)
- ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Secured Claim.
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
  - ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
  Value of Collateral: $ _____
  Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

Unsecured Priority Claim.
- ☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
  Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ $1,480,000 plus
   (unsecured)  (secured)  (priority)  (Total)
☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. (See Addendum)

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

FILED
2007 JAN 16 A 10: 53
U.S. BANKRUPTCY COURT

931

| Date<br>1/12/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Marie-Louise Michelsohn | 1/16/07 |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court    Southern District of New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Bayou Superfund, LLC | Case Number<br>06-22307 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Marie-Louise Michelsohn and Michelle Michelsohn, JT | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | USBC SOUTHERN DISTRICT OF NY<br>BAYOU GROUP, LLC<br>CASE #06-22306<br>CLAIM NO. 766 |
|---|---|---|
| Name and address where notices should be sent:<br>c/o Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Avenue<br>Bridgeport, CT 06611<br><br>Telephone number: 203-336-4421 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | *This space is for Court Use Only* |

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends    a previously filed claim, dated: _____ |
|---|---|

| 1. Basis for Claim<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☑ Other  See Addendum | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br><br>Last four digits of your SS#: _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>       (date)              (date) |
|---|---|

| 2. Date debt was incurred:    November 1, 2004 | 3. If court judgment, date obtained: |
|---|---|

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

| **Unsecured Nonpriority Claim** $ 1,120,000 (See Addendum)<br>☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.<br><br>**Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.<br>Amount entitled to priority  $_____<br><br>*Specify the priority of the claim:*<br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5). | **Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____<br>Value of Collateral:  $_____<br>Amount of arrearage and other charges at time case filed included in secured claim, if any $_____<br><br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
|---|---|

| 5. **Total Amount of Claim at Time Case Filed:**  $ $1,120,000-plus _____ _____ _____<br>                                                             (unsecured)      (secured)      (priority)      (Total)<br>☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.  (See Addendum) | |
|---|---|

| 6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space Is for Court Use Only<br><br>766<br>1/16/07<br><br>2007 JAN 16 A<br>S.D. OF N.<br>FILED<br>U.S. BANKRUPTCY COURT<br>34 |
|---|---|

| Date<br>1/12/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>Marie-Louise Michelsohn    Michelle Michelsohn | |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court | Southern District of New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Bayou Superfund, LLC | Case Number<br>06-22307 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Herbert Blaine Lawson, Jr. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | USBC SOUTHERN DISTRICT OF NY<br>BAYOU GROUP, LLC CASE #06-22306<br>CLAIM NO. 768 |
|---|---|---|
| Name and address where notices should be sent:<br>c/o Koskoff & Bieder, PC<br>350 Fairfield Avenue<br>Bridgeport, CT 06611<br><br>Telephone number: 203-336-4421 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This space is for Court Use Only |

| Last four digits of account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends | a previously filed claim, dated: _____ |
|---|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other  See Addendum

☑ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☑ Wages, salaries, and compensation (Fill out below)
Last four digits of your SS#: _____
Unpaid compensation for services performed
from _____ (date) to _____ (date)

**2. Date debt was incurred:**  November 1, 2004

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 500,000 (See Addendum)
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $   $500,000 -plus
| (unsecured) | (secured) | (priority) | (Total) |

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.   (See Addendum)

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only
768    FILED BANKRUPTCY COURT  2007 JAN 16  A 10: 44

| Date<br>1/12/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Herbert Blaine Lawson, Jr.   1/16/07 |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.