**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



-------------------------------------------X
                               |

In RE: Bayou Hedge Funds          |

                               |

-------------------------------------------X

**NOTICE OF REASSIGNMENT**

06    md.   1755  (CM)(MDF)
           05cv8532
           06cv2379
           06cv2943
           06cv3025
           06cv3026
           06cv3028
           06cv6478
           06cv6837
           06cv11328
           07cv2026

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of


JUDGE: Colleen McMahon (NYC)

All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                       J. Michael McMahon, CLERK

Dated: 8/3/07

                by:_____
                          Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: Mark D. Fox

CC:  Attorneys of Record

**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



-------------------------------------------X

In RE: Bayou Hedge Funds

NOTICE OF REASSIGNMENT

06    md.   1755  (CM)(MDF)
      05cv8532
      06cv2379
      06cv2943
      06cv3025
      06cv3026
      06cv3028
      06cv6478
      06cv6837
      06cv11328
      07cv2026

-------------------------------------------X

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: Colleen McMahon (NYC)

All future documents submitted in this action shall bear the assigned judge's initials after the case number.  If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon, CLERK

Dated:8/3/07

by: _____
              Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: Mark D. Fox

CC:  Attorneys of Record

Revised: September 9, 2004