```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE BAYOU HEDGE FUNDS INVESTMENT          :    No. 06 MDL 1755 (CM)
LITIGATION                                   :
------------------------------------------------------------ X
THIS DOCUMENT RELATES TO:
------------------------------------------------------------ X
BROAD-BUSSEL FAMILY LIMITED                  :    No. 06 Civ. 3026 (CM)
PARTNERSHIP, ET AL.,                         :
                  Plaintiffs,                :
                                             :
       - against -                           :
                                             :
BAYOU GROUP LLC, ET AL.,                     :
                  Defendants.                :
------------------------------------------------------------ X
BROAD-BUSSEL FAMILY LIMITED                  :    No. 07 Civ. 2026 (CM)
PARTNERSHIP, ET AL.,                         :
                  Plaintiffs,                :
                                             :
       - against -                           :
                                             :
HENNESSEE GROUP LLC, ET AL.,                 :
                  Defendants.                :    ELECTRONICALLY FILED
------------------------------------------------------------ X
```

**BROAD-BUSSEL PLAINTIFFS' STATUS REPORT IN ACCORD
WITH THE COURT'S DIRECTIVE FILED JULY 8, 2008**

Plaintiffs Broad-Bussel Family Limited Partnership, Caroline B. Glass, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr. (collectively, the "Broad-Bussel Plaintiffs") respectfully submit this status report in response to the Court's directive filed July 8, 2008.

The Broad-Bussel Plaintiffs have reached an agreement-in-principle to settle, on an individual (*i.e.*, non-class) basis, their claims against defendants Jeffrey Fotta, Eqyty Research and Management LLC and Eqyty Research and Management LTD. Presently, the parties are finalizing execution of the settlement documents. Accordingly, the Broad-Bussel Plaintiffs

anticipate dismissing their claims against those defendants in the near future. The Broad-Bussel Plaintiffs are continuing their litigation against the remaining defendants, including Hennessee Group LLC, Lee Hennessee and Charles Gradante (the "Hennessee Defendants"). Discovery, pre-trial motion practice, trial and potentially post-trial proceedings remain to be done as to those defendants. The Broad-Bussel Plaintiffs have outstanding document requests and interrogatories to the Hennessee Defendants. Plaintiffs intend to meet and confer with the Hennessee Defendants regarding this and other discovery issues. The Broad-Bussel Plaintiffs and the Hennessee Defendants have also held settlement discussions, which thus far have been unsuccessful. The Broad-Bussel Plaintiffs also reserve their rights to pursue an appeal as to the dismissal of defendants Citibank, N.A., Faust Rabbach & Oppenheim LLP and Steven Oppenheim.

Dated: July 15, 2008
       New York, NY

Respectfully submitted,

KOSKOFF, KOSKOFF & BIEDER, P.C.
William M. Bloss, Esq.
Neal A. DeYoung, Esq.
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
Fax: (203) 368-3244

BERGER & MONTAGUE, P.C.

/s/ Merrill G. Davidoff
Merrill G. Davidoff, Esq.
Lawrence J. Lederer, Esq.
Lane L. Vines, Esq.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604

*Attorneys for Broad-Bussel Plaintiffs*

438952